UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV21-08164 JAK (ASx) | Date | February 28, 2022 |
|---|---|---|---|
| Title | Sheron Howard v. United States of America, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson-Terrell | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING CASE   JS-6

An Order to Show Cause re Dismissal for Lack of Prosecution was issued by the Court on January 21, 2022 ordering Plaintiff either to: (i) respond in writing no later than January 28, 2022 as to why the matter should not be dismissed for lack of prosecution. A response was filed by Plaintiff on January 26, 2022 (Dkt. 15) requesting that the Order to Show Cause be discharged. The Order to Show Cause was continued to February 4, 2022 to provide plaintiff the opportunity to file a proof of service. No proof of service has been filed. Therefore, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Orders.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | TJ | |